# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>AMOS PATTON<br><br>*Defendant* | )<br>)<br>) Case No. 13-20330-JTF-cgc<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  10/24/2013  in the county of  Shelby  in the  Western  District of Tennessee, the defendant violated  18  U. S. C. § 113 and 924(c)  an offense described as follows:

18 U. S. C. § 113 - Assaults within the Maritime and Territorial Jurisdiction in the United States
18 U. S. C. § 924(c) - Carry and use a firearm during and in relation to a federal crime of violence

This criminal complaint is based on these facts:
See attached Affidavit of Special Agent Matthew Ross

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Ross, special agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ~~10/24/2013~~ 10/25/13 (DKV)          s/Diane K. Vescovo
                                              *Judge's signature*

City and state:     Memphis, Tennessee          Diane K. Vescovo
                                              *Printed name and title*

## AFFIDAVIT OF MATTHEW ROSS

My name is Matthew Ross, and I am a special agent with the Federal Bureau of Investigation (FBI) and have been so for over eleven (11) years. I am currently assigned to the Safe Streets Task Force. Among my duties are investigating violent crimes which occur on federal property or against federal employees, including 18 U. S. C. § 113 and 18 U. S. C. § 924(c).

The affidavit is made for the purpose of establishing probable cause to issue a complaint and does not contain all investigative facts known to me or other investigators involved in this case. Information in this affidavit is based upon my own investigation and that of other federal and local officers involved in this case.

On October 24, 2013, Sergeant First Class Amos Patton, Tennessee Army National Guard, was directed by his commanders to come to the Tennessee Army National Guard Recruiting Center at 5650 Attu, Millington, Tennessee. I have been advised by the supervisory special agent for the Naval Criminal Investigative Service at the Naval Support Activity Mid-South (NSA Mid-South), that this address is federal property.

Patton's command staff had directed him to come to the Tennessee Army National Guard Recruiting Center location to be notified that he was being relieved of duty, recommended for reduction in rank, and recommended for separation from the active guard reserve because of misconduct. After being advised by command staff of the negative personnel actions being brought against him, Patton was directed to return government equipment believed to be in his government vehicle parked outside the building. When Patton returned from the car, he possessed a "fanny pack" he had not previously possessed. When Patton attempted to access the fanny pack, one of the Tennessee Army National Guardsmen yelled "Gun." At that point, a

Page 1 of 2

Initials _MR_

senior non-commissioned officer (NCO) attempted to subdue Patton. Patton was able to fire his weapon and rounds struck three Tennessee Army National Guard personnel in the room. Patton ran from the building, pursued by the Tennessee Army National Guard senior NCO, who caught up with Patton, subdued him, and held him until the Millington Police Department arrived and took Patton into custody. The handgun was recovered at the scene of the shooting.

For the forgoing reasons, I respectfully request that a complaint and arrest warrant be issued for AMOS PATTON, for a violations of 18 U. S. C. § 113 and 18 U. S. C. § 924(c).

MATTHEW ROSS – Affiant
Special Agent, Federal Bureau of Investigation

Sworn to and subscribed before me this 25th day of October, 2013.

s/Diane K. Vescovo
U.S. Magistrate Judge