**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-cr-20330-JTF-1 |
| | ) | |
| | ) | |
| AMOS PATTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**DENYING DEFENDANT'S MOTION TO SUPRESS**

Before the Court is the Defendant's Motion to Suppress Evidence and Incorporated Memorandum in Support filed on December 18, 2013. (D.E. #29). The United States' filed a Response to Defendant's Motion to Suppress on December 20, 2013. (D.E. #35). On January 10, 2014, the Motion was referred to the Magistrate Judge for report and recommendation. (D.E. #42). The Magistrate conducted an evidentiary hearing on January 17, 2014 (D.E. #48), and entered the report on February 21, 2014, recommending that Defendant's Motion to Suppress be denied. (D.E. #56). Objections to the Report and Recommendation were filed by the Defendant on March 3, 2014 (D.E. #57), to which the United States' responded on March 17, 2014. (D.E. #60).

The Court ruled on the defense objections in open court on March 25, 2014. (D.E. #61). After hearing further from the parties, the Court considered and overruled each of the objections,

finding that they were unsupported by the record. The Court's oral findings and ruling is incorporated by reference in this order.

After a *de novo* review of the Report and Recommendation and after reviewing all related submissions of the parties, including the objections, the Court agrees with the Magistrate Judge and finds that the Report and Recommendation should be ADOPTED in its entirety, and the Defendant's objections are overruled. The Defendant's Motion to Suppress is **DENIED**.

**IT IS SO ORDERED** this 1st day of May, 2014.


_s/John T. Fowlkes, Jr._
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE